FILED

2024 Oct-02  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:22-cr-472-LSC-GMB |
| | ) | |
| | ) | |
| | ) | |
| JOSHUA RICHARD POTENZA | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The magistrate judge filed a report and recommendation, recommending that the defendant should remain hospitalized pursuant to 18 U.S.C. § 4243(e). (Doc. 68.) The defendant objected (doc. 76 (sealed)), and the government responded to the objection (doc. 83 (sealed)).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and objection thereto, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the defendant **SHALL** be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4243(e).

**DONE** and **ORDERED** on October 2, 2024.

_____
L. Scott Coogler
United States District Judge

160704